# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 27, 2022

Lyle W. Cayce
Clerk

No. 21-40018

Mark Cliff Schwarzer,

*Plaintiff—Appellant*,

*versus*

Luis Hernandez, Captain, Texas Department of
Criminal Justice, Stevenson Unit; Evelyn Castro,
Warden, Stevenson Unit; Melinda Kurtz, Kitchen
Captain, Stevenson Unit; M. Blalock, Program
Supervisor; Chesley Williams, Correctional Officer,
Stevenson Unit,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:19-CV-00016

Before Higginbotham, Dennis, and Graves, *Circuit Judges*.

Per Curiam:*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

Mark Cliff Schwarzer appeals the district court's dismissal without prejudice of his 42 U.S.C. § 1983 complaint for failure to serve process and the denial of his motion for leave to supplement the complaint. This court has considered this appeal on the basis of the brief, record, and applicable law in this matter. Having done so, the order of the district court is AFFIRMED.